```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                              :

JASON E. LAWTON                     :   BK No. 10-11302
BRIDGET L. LAWTON                          Chapter 7
          Debtors

- - - - - - - - - - - - - - - - - -x
```

## ORDER OVERRULING CREDITOR'S OBJECTION TO LOSS MITIGATION

The factual and legal issues in this case are virtually identical to those raised by the secured creditor in the matter of *In re Sosa*, BK No. 10-11702.  For the reasons expressed in our Decision and Order in *Sosa* dated January 28, 2011, the objection of Ocwen Loan Servicing, LLC as Servicer of Deutsche Bank National Trust Company, Trustee [Doc. No. 16] to the Debtors' Request for Loss Mitigation [Doc. No. 12] is **OVERRULED**.

Entered as an Order of this Court.

Dated at Providence, Rhode Island, this   28th    day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Arthur N. Votolato
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Arthur N. Votolato
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court

Entered on docket: 1/28/11